BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94012-3495
    Telephone: (415) 436-7025
    FAX: (415) 436-7234
    pamela.johann@usdoj.gov

Attorneys for Defendant U.S. Agency For International Development

**IT IS SO ORDERED**
Judge Maria-Elena James

IT IS SO ORDERED.
Dismissed with Prejudice.
Dated: 10/16/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT,<br><br>    Defendant. | Case No. 3:17-cv-00741-MEJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    The parties to this action hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) and pursuant to the Settlement Agreement entered into by the parties to this action. Each party shall bear its own fees and costs, except as set forth in the parties' Settlement Agreement.

    IT IS SO STIPULATED.

DATED: September 29, 2017

    BRIAN J. STRETCH
    United States Attorney

    _/s/_____*
    PAMELA T. JOHANN
    Assistant United States Attorney

    Attorneys for Defendant

STIPULATION OF DISMISSAL WITH PREJUDICE
No. 17-cv-00741-MEJ      1

DATED: September 29, 2017

DAVIS WRIGHT TREMAINE LLP
Thomas R. Burke
Brendan N. Charney

_____
BRENDAN N. CHARNEY

Attorneys for Plaintiff Matt Smith

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*